Robert Doyle Murphy
c/o 4167482
2605 State St
Salem OREGON  97310-1346

FILED 27 FEB '12 10:58 USDC-ORP

### IN THE UNITED STATES DISTRICT COURT
### FOR THE STATE OF OREGON

| | |
|---|---|
| **Robert Doyle Murphy,** | Case No. **CV'12-0350- PK** |
| Plaintiff/Petitioner, | |
| v. | **APPLICATION TO PROCEED** |
| **Oregon Board of Parole and Post-Prison Supervision** | ***IN FORMA PAUPERIS*** |
| Respondent/Defendant, | |

    I, Robert Doyle Murphy, declare that I am the plaintiff in the above entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for this proceeding or give security therefore and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:      [X] Yes [ ] No

    Place of incarceration: Oregon State Penitentiary, 2605 State St, Salem OREGON 97310-1346

2. Are you currently employed?      [ ] Yes [X] No

    a. Last Employer: Oregon State Penitentiary Activities Section. (1996) Taken home pay: $90.00 month.

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment      [ ] Yes [X] No
    b. Rent payments, interest, or dividends      [ ] Yes [X] No
    c. Pensions, annuities, or life insurance payments      [ ] Yes [X] No
    d. Disability or workers compensation payments      [X] Yes [ ] No
    e. Gifts or inheritances      [ ] Yes [X] No
    f. Any other sources      [ ] Yes [X] No

    Veterans Administration Service Connected Disability    $120.00 month

4. Do you have cash or checking or savings accounts,    [X] Yes [ ] No

    Approximately **minus** $2,000.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    [ ] Yes [X] No

6. Do you have any other assets?    [ ] Yes [X] No

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

    **I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $5.00 for a petition for writ of habeas corpus in accordance with the Prison Litigation Reform Act, P.L. 104-134 (110 Stat. 1321), Section 804(a)(to be codified at 28 U.S.C. § 1915(b)).**

I, Robert Doyle Murphy, declare under penalty of perjury that the above information is true, complete, correct, upon affiance and unlimited liability.

24th February 2012    _____
Date    Robert Doyle Murphy

## CERTIFICATE

I certify that the applicant named herein has the sum of $ __.00__ on account to his/her credit at Oregon State Penitentiary.

I further certify that during the past six months the applicant's average monthly balance was $ __.00__ .

I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __.00__ .

I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.

02/24/12    JM Davidson
Date    Signature of authorized officer

```
OPS725I                    Corrections Information Systems               2/24/12
DAVIDSOM          Account History From  8/24/2011 To  2/24/2012          7:34:52
                           Inmate Spending Account
Offender:   4167482 Murphy, Robert Doyle                                 Page    1
Date            Transaction description        Amount         Balance   Trans ID
-------------------------------------------------------------------------------
 1/12/2012 Copy Advance                            .20             .00   10766633
 1/12/2012 Copy Debt                               .20-            .20-  10766633
 1/05/2012 Copy Advance                            .10             .00   10742573
 1/05/2012 Copy Advance                           2.30             .10-  10742573
 1/05/2012 Copy Debt                               .10-           2.40-  10742573
 1/05/2012 Copy Debt                              2.30-           2.30-  10742573
 1/03/2012 Copy Advance                            .30             .00   10726650
 1/03/2012 Copy Advance                            .40             .30-  10726650
 1/03/2012 Copy Advance                            .80             .70-  10726650
 1/03/2012 Copy Debt                               .30-           1.50-  10726650
 1/03/2012 Copy Debt                               .40-           1.20-  10726650
 1/03/2012 Copy Debt                               .80-            .80-  10726650
11/29/2011 Copy Advance                           1.20             .00   10648380
11/29/2011 Copy Advance                            .20            1.20-  10648380
11/29/2011 Copy Debt                              1.20-           1.40-  10648380
11/29/2011 Copy Debt                               .20-            .20-  10648380
11/28/2011 OSP Postage Advance                     .20             .00   10645436
11/28/2011 OSP Postage Debt                        .20-            .20-  10645436
11/07/2011 Copy Advance                           1.10             .00   10599408
11/07/2011 Copy Debt                              1.10-           1.10-  10599408
10/24/2011 Copy Advance                            .10             .00   10569771
10/24/2011 Copy Debt                               .10-            .10-  10569771
10/05/2011 Copy Advance                            .40             .00   10524655
10/05/2011 Copy Advance                            .80             .40-  10524655
10/05/2011 Copy Advance                            .70            1.20-  10524655
10/05/2011 Copy Debt                               .40-           1.90-  10524655
10/05/2011 Copy Debt                               .80-           1.50-  10524655
10/05/2011 Copy Debt                               .70-            .70-  10524655
 9/26/2011 OSP Postage Advance                     .51             .00   10499852
 9/26/2011 OSP Postage Debt                        .51-            .51-  10499852
 9/23/2011 Copy Advance                            .70             .00   10497027
 9/23/2011 Copy Debt                               .70-            .70-  10497027
 9/20/2011 OSP Postage Advance                     .40             .00   10492328
 9/20/2011 OSP Postage Advance                     .40             .40-  10492328
 9/20/2011 OSP Postage Debt                        .40-            .80-  10492328
 9/20/2011 OSP Postage Debt                        .40-            .40-  10492328
 9/19/2011 Copy Advance                           1.30             .00   10488255
 9/19/2011 Copy Advance                           1.20            1.30-  10488255
 9/19/2011 Copy Debt                              1.30-           2.50-  10488255
 9/19/2011 Copy Debt                              1.20-           1.20-  10488255
 8/24/2011 Copy Advance                           2.70             .00   10426479
 8/24/2011 Copy Debt                              2.70-           2.70-  10426479


   42 Transactions listed

* End of Listing *
```

Certified True Copy
M Davidson
Library Coordinator